**Opinion issued November 9, 2017**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-17-00238-CV

—————————————

**LEE-VAR, INC. D/B/A PALMER OF TEXAS TANKS, INC., Appellant**

**V.**

**M-I OVERSEAS LIMITED, Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-01813**

## MEMORANDUM OPINION

Appellant, Lee-Var, Inc. d/b/a Palmer of Texas Tanks, Inc., representing that the parties have reached a settlement and it no longer wishes to pursue its appeal, has filed an unopposed motion to dismiss the appeal. No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a), (c).

Accordingly, we reinstate the appeal, grant appellant's motion, and dismiss the appeal. *See id.* 42.1(a); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.